THE STATE OF OHIO, APPELLEE, *v.* PHELPS, APPELLANT.

THE STATE OF OHIO, APPELLEE, *v.* OWENS, APPELLANT.

[Cite as *State v. Phelps* (1994), 69 Ohio St.3d 1202.]

(Nos. 93–452 and 93–468—Submitted March 1, 1994—Decided April 20, 1994.)

---

*Joseph T. Deters,* Hamilton County Prosecuting Attorney, and *Ronald W. Springman,* Assistant Prosecuting Attorney, for appellee in case No. 93–452.

*Becker, Reed, Tilton & Hastings* and *Howard D. Cade III,* for appellant John Phelps in case No. 93–452.

*Joseph T. Deters,* Hamilton County Prosecuting Attorney, and *Christian J. Schaefer,* Assistant Prosecuting Attorney, for appellee in case No. 93–468.

*Sand, Stidham & Bernard* and *Chuck R. Stidham,* for appellant Robert Owens in case No. 93–468.

---

The appeals are dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.